UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                  Case No.    05 11576 DPW

PARTNERS HEALTHCARE
SYSTEM, INC.,

        Defendant.

_____/

RECEIPT #____
AMOUNT $ N/A
SUMMONS ISSUED ___
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. M.P.
DATE 7/27/2005

MAGISTRATE JUDGE LTS

## COMPLAINT

The United States of America, by and through its attorneys, states as follows for its complaint in this matter:

1.     This action is brought pursuant to 26 U.S.C. § 7405(b) to recover an erroneous refund of federal taxes and interest paid to defendant Partners Healthcare System, Inc.

2.     Pursuant to 26 U.S.C. (Internal Revenue Code, or "IRC") § 7401, this action has been authorized and requested by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is commenced at the direction of the Attorney General of the United States.

3.     This Court has jurisdiction over this claim pursuant to 28 U.S.C. §§ 1340 and 1345, and I.R.C. § 7402(a).

4.     Defendant Partners Healthcare System, Inc., has its principal place of business at 800 Boylston Street, Prudential Tower, Boston, Massachusetts 02199, which is within this judicial district.

5.  Venue of this case is proper in this Court pursuant to 28 U.S.C. § 1396.

6.  The refunds of tax and interest at issue are Federal Insurance Contribution Act (FICA) taxes paid and withheld by defendant with respect to wages paid to medical residents during the calendar quarters ending March 31, 2001, June 30, 2001, September 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003.

7.  On or about November 12, 2003, the defendant filed a Form 941, Employer's Quarterly Federal Tax Return, for the quarterly tax period ending September 30, 2003, claiming overpayment credits for the quarterly tax periods ending March 31, 2001, June 30, 2001, September 30, 2001, and December 31, 2003, against its employment tax liabilities for the quarterly tax period ending September 30, 2003. It reported the wages paid to medical residents as wages subject to FICA taxes and paid the FICA taxes shown as due.

8.  On or about May 13, 2004, the defendant filed a Form 941, Employer's Quarterly Federal Tax Return, for the quarterly tax period ending March 31, 2004, claiming overpayment credits for the quarterly tax periods ending March 31, 2002, June 31, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003, against its employment tax liabilities for the quarterly tax period ending March 31, 2004. It reported the wages paid to medical residents as wages subject to FICA taxes and paid the FICA taxes shown as due.

9.  On the Forms 941C, Supporting Statement to Correct Information, submitted with the defendant's Form 941 returns for each of the quarterly tax periods ending September 30,

2003 and March 31, 2004, the defendant claimed entitlement to the refunds on the asserted ground that amounts paid to residents in training were scholarship grants and were not "payment for services" within the meaning of 26 U.S.C. § 117(c). The defendant also claimed entitlement to the refunds on the asserted ground that amounts paid to medical residents should have been excluded from FICA wages under the so-called "student" exclusion in 26 U.S.C. § 3121(b)(10).

10. The Internal Revenue Service refunded the FICA taxes claimed, plus interest, in the following total amounts:

| Quarters Ended | Amount Refunded | Date Refunded |
|---|---|---|
| March 31, 2001, June 30, 2001, September 30, 2001, and December 31, 2001 | $7,333,274.00 | December 15, 2003 |
| March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003 | $16,887,034.49 | June 28, 2004 |
| **Total Refunded:** | $24,220,308.49 | |

11. The payments to medical residents described above were not excluded from the residents' gross income under the provisions of 26 U.S.C. § 117, nor did they fall within the exception to the definition of "employment" set forth in 26 U.S.C. § 3121(b)(10).

12. The refunds of taxes and interest were therefore erroneous.

13. Based on the foregoing, defendant is liable and indebted to plaintiff United States of America for an aggregate erroneous refund of tax and interest in the amount of $24,220,308.49, plus further interest thereon.

WHEREFORE, the United States prays that it be awarded judgment against the defendant for the amount of $24,220,308.49, plus interest according to law and for all other proper relief.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    */s/ Elizabeth Lan Davis*
    STEPHEN T. LYONS
    ELIZABETH LAN DAVIS
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Washington, D.C. 20044
    Telephone: (202) 307-6546 (Lyons)
                 (202) 307-6550 (Davis)
    E-mail: Elizabeth.Lan@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **United States v. Partners Healthcare System, Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.
   - [x] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.    **05 11576 DPW**
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
   YES [ ]   NO [x]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [ ]

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  **Elizabeth Lan Davis**
ADDRESS  **U.S. Department of Justice, Post Office Box 55, Washington, DC 20044**
TELEPHONE NO.  **202-307-6550**

(CategoryForm.wpd - 5/2/05)

~JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
PARTNERS HEALTHCARE SYSTEM, INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05 11578 DPW

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stephen T. Lyons, Elizabeth Lan Davis, Trial Attys., Tax Div., US Dept. of Justice, PO Box 55, Washington, DC 20044 Tel: 202-307-6550

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 USC 7402, 7405
Brief description of cause:
Suit to recover erroneous refund of federal employment taxes

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions:)
JUDGE _____
DOCKET NUMBER _____

DATE 7/26/05
SIGNATURE OF ATTORNEY OF RECORD
Elizabeth Lan Davis

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____