UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                          Case No.

PARTNERS HEALTHCARE
SYSTEM, INC.,

      Defendant.
_____/

UNITED STATES' NOTICE OF APPEARANCES

Please enter the appearance of Stephen T. Lyons and Elizabeth Lan Davis, Trial Attorneys, Tax Division, United States Department of Justice, Post Office Box 55, Washington, DC 20044, as attorneys for the United States in the above-referenced proceeding.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              */s/ Elizabeth Lan Davis*
                              STEPHEN T. LYONS
                              ELIZABETH LAN DAVIS
                              Trial Attorneys, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Washington, D.C. 20044
                              Telephone: (202) 307-6546 (Lyons)
                                                  (202) 307-6550 (Davis)
                              E-mail: Elizabeth.Lan@usdoj.gov