AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

UNITED STATES OF AMERICA,

V.

PARTNERS HEALTHCARE SYSTEM, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05 11576 DPW

TO: (Name and address of Defendant)

Partners Healthcare System, Inc.
800 Boylston Street, Prudential Tower
Boston, Massachusetts 02199

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Lyons, Esquire
Elizabeth Lan Davis, Esquire
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, DC 20044
Telephone: (202) 307-6546 (Lyons)
            (202) 307-6550 (Davis)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

JUL 2 7 2005

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/12/2005 |
| NAME OF SERVER (PRINT) Steven Sillars | TITLE Revenue Officer |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Partners Healthcare System, Inc
800 Boylston Prudential Tower
Boston, MA 02199

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/05
            Date                 Signature of Server

Technical Compliance and Support
Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.