UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11576-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

  In accordance with Fed. R. Civ. P. 7.1(a) and LR 7.3, Defendant Partners HealthCare Systems, Inc., through its undersigned counsel, hereby submits this Disclosure Statement:

  Partners HealthCare Systems, Inc. has no parent corporation, nor does any publicly held corporation own ten percent or more of the stock of Partners HealthCare Systems, Inc.

                    Respectfully Submitted,

                    PARTNERS HEALTHCARE SYSTEM, INC.

                    By its attorneys,

Dated: September 1, 2005               /S/ Benjamin A. Goldberger
                                            Benjamin A. Goldberger (BBO# 654357)
                                            McDermott Will & Emery LLP
                                            28 State Street
                                            Boston, Massachusetts 02109-1775
                                            (617) 535-4000

                    Of counsel:
                    Christopher Kliefoth
                    David Fuller
                    McDermott Will & Emery LLP
                    600 13th Street, N.W.
                    Washington, DC 20005
                    (202) 756-8000

                    Joseph H. Selby (BBO # 643275)
                    McDermott Will & Emery LLP
                    28 State Street
                    Boston, Massachusetts 02109-1775
                    (617) 535-4000