AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA,
      Plaintiff,

v.

PARTNERS HEALTHCARE SYSTEM, INC.,
      Defendant.

**APPEARANCE**

Case Number: 05-11576-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PARTNERS HEALTHCARE SYSTEM, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/1/2005 | *[signature]* |
| Date | Signature |
| | Benjamin A. Goldberger     654357 |
| | Print Name     Bar Number |
| | McDermott Will & Emery LLP 28 State Street |
| | Address |
| | Boston     MA     02109 |
| | City     State     Zip Code |
| | (617) 535-4000     (617) 535-3800 |
| | Phone Number     Fax Number |