UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                            Case No. 05-11576-DPW

PARTNERS HEALTHCARE
SYSTEM, INC.,

        Defendant.
_____/

UNITED STATES' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

      The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following pursuant to Mass. R. 16.1(D)(3).

      D. Patrick Mullarkey is the Chief of the Civil Trial Section, Northern Region, Tax Division, Department of Justice.

      Stephen T. Lyons is the Senior Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned case. He is a member of the Civil Trial Section, Northern Region.

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

       /s/d.patrickmullarkey
D. PATRICK MULLARKEY
Chief, Civil Trial Section
Northern Region, Tax Division
U.S. Department of Justice

       /s/stephen.t.lyons
STEPHEN T. LYONS
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6546
E-Mail: stephen.t.lyons@usdoj.gov

Date: September 19, 2005