# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v.   )<br>  )<br>PARTNERS HEALTHCARE SYSTEM, INC., )<br>  )<br>Defendant. )<br>  ) | Civil Action No. 05-11576-DPW |

### PARTNERS HEALTHCARE SYSTEM, INC.'S
### CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(d)(3), Partners Healthcare System, Inc. and its counsel certify and affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully Submitted,

| | |
|---|---|
| /s/ Brent Henry | /s/ Benjamin A. Goldberger |
| Brent Henry | Benjamin A. Goldberger (BBO# 654357) |
| Vice President & General Counsel | Joseph H. Selby (BBO # 643275), *pro hac vice* |
| Partners Healthcare System, Inc. | McDermott Will & Emery LLP |
| Prudential Tower | 28 State Street |
| 800 Boylston Street | Boston, Massachusetts 02109-1775 |
| Boston, MA 02199 | (617) 535-4000 |

Christopher Kliefoth, *pro hac vice*
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Of Counsel*

David Fuller
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Attorneys for Partners Healthcare System, Inc.*

Dated: September 20, 2005

BST99 1473414-1.057158.0039