UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARTNERS HEALTHCARE SYSTEM, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11576-DPW |

**ASSENTED-TO MOTION FOR ADMISSION OF
SARAH E. HANCUR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), undersigned counsel hereby moves for the admission of Sarah E. Hancur *pro hac vice* to appear on behalf of Partners Healthcare System, Inc. in the above captioned case. In support of this Motion, undersigned counsel states:

1. Ms. Hancur is a member of the bar of a United States District Court.

2. Ms. Hancur is a member of the bar in good standing in every jurisdiction where she has been admitted to practice.

3. There are no disciplinary proceedings pending against Ms. Hancur as a member of the bar in any jurisdiction.

4. Ms. Hancur is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. The certificate required by Local Rule 83.5.3(b) is attached as an exhibit to this Motion.

6. Undersigned counsel is a member of the bar of this Court and has entered an appearance in this case.

7.     Pursuant to the ECF Administrative Procedures Manual, a check payable to the Clerk of Court for $50.00, along with a copy of the Notice of Electronic Filing of this Motion, will be delivered to the Clerk's Office within 24 hours of the filing of this motion.

8.     Counsel for the United States has assented to this motion.

Respectfully Submitted,

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

*Attorney for Partners Healthcare System, Inc.*

Dated: January 11, 2006

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for each other party, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for each other party has assented to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

WDC99 1182511-1.057158.0039

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11576-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SARAH E. HANCUR
IN SUPPORT OF MOTION FOR ADMISSION OF
<u>SARAH E. HANCUR *PRO HAC VICE*</u>**

Sarah E. Hancur states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 600 13th Street, N.W., Washington, DC, 20005, Tel. 202-756-8093.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Sarah E. Hancur *pro hac vice*.

3. I am admitted to practice in the state of Massachusetts and the District of Columbia. I am also admitted to practice in the District Court for the District of Columbia and the Fourth Circuit Court of Appeals.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2006.


_____/s/_____
SARAH E. HANCUR

WDC99 1182472-1.057158.0039