**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-11576-DPW |
| PARTNERS HEALTHCARE SYSTEM, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION FOR ADMISSION OF**
**ERIC S. JOHNSON AND MARK H. CHURCHILL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), undersigned counsel hereby moves for the admission of Eric S. Johnson and Mark H. Churchill (collectively, the "Attorneys") *pro hac vice* to appear on behalf of Partners Healthcare System, Inc. in the above captioned case. In support of this Motion, undersigned counsel states:

1. Each of the Attorneys is a member of the bar of the highest court of a state or the bar of a United States District Court or both.

2. Each of the Attorneys is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

3. There are no disciplinary proceedings pending against any of the Attorneys as a member of the bar in any jurisdiction.

4. Each of the Attorneys is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. The certificates required by Local Rule 83.5.3(b) are attached as exhibits to this Motion.

6. Undersigned counsel is a member of the bar of this Court and has entered an appearance in this case.

7. Pursuant to the ECF Administrative Procedures Manual, a check payable to the Clerk of Court for $100, along with a copy of the Notice of Electronic Filing of this Motion, will be delivered to the Clerk's Office within 24 hours of the filing of this motion.

8. Counsel for the United States has assented to this motion.

Respectfully Submitted,

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

*Attorney for Partners Healthcare System, Inc.*

Dated: April 6, 2006

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for each other party, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for each other party has assented to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 6, 2006.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1498107-1.057158.0039

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br><br>Defendant. | Civil Action No. 05-11576-DPW |

**CERTIFICATE OF ERIC S. JOHNSON
IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION OF
ERIC S. JOHNSON *PRO HAC VICE***

Eric S. Johnson states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 600 13th Street, N.W., Washington, D.C., 20005, Tel. 202-756-8025.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Assented-to Motion for Admission of Eric S. Johnson *Pro Hac Vice*.

3. I am admitted to practice in the state of New York and the District of Columbia. I am also admitted to practice in the U.S. District Courts for the Northern District of Texas, the District of Columbia, and the U.S. Court of Appeals for Veterans Claims.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.


Executed on April 5, 2006.

_____
Eric S. Johnson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-11576-DPW |
| PARTNERS HEALTHCARE SYSTEM, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATE OF MARK H. CHURCHILL
IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION OF
MARK H. CHURCHILL *PRO HAC VICE***

Mark H. Churchill states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 600 13th Street, N.W., Washington, D.C., 20005, Tel. 202-756-8058.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Assented-to Motion for Admission of Mark H. Churchill *Pro Hac Vice*.

3. I am admitted to practice in the Commonwealths of Virginia and Massachusetts, and the District of Columbia. I am also admitted to practice in the U.S. District Courts for the Eastern and Western Districts of Virginia, the District of Maryland, the District of Columbia, and the U.S. Court of Appeals for the Fourth Circuit.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

      6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2006.

*[signature]*
Mark H. Churchill