UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              Case No. 05-11576-DPW

PARTNERS HEALTHCARE
SYSTEM, INC.,

      Defendant.
_____/

UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY

Comes now the United States and notifies this Court of the following supplemental authority that bears on the issues in this case:

    1.    <u>U.S. v. Memorial Sloan-Kettering Cancer Center</u>, dkt. no. 06-26, decided February 23, 2007.

The issues in this case are identical to those in <u>Memorial Sloan-Kettering</u>. A copy of the order

2

granting the United States' summary judgment motion is attached to this Notice for the Court's convenience.

                                      MICHAEL J. SULLIVAN  
                                      United States Attorney

                                      BARBARA HEALY SMITH  
                                      Assistant United States Attorney

                                      /s/ stephen t. lyons  
                                      STEPHEN T. LYONS  
                                      Senior Trial Attorney  
                                      Tax Division, CTS Northern Region  
                                      Department of Justice  
                                      P.O. Box 55  
                                      Ben Franklin Station  
                                      Washington, D.C.  20044  
                                      (202) 307-6546  
                                      e-mail: stephen.t.lyons@usdoj.gov

CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY has this 26th day of February, 2007, been electronically filed with the Clerk of the District Court using its CM/ECF system.

       /s/ stephen t. lyons
STEPHEN T. LYONS
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6546

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                    Plaintiff,    :
                                  :       SUMMARY ORDER
          -against-               :
                                  :
MEMORIAL SLOAN-KETTERING          :       06 Civ. 26 (AKH)
CANCER CENTER.,                   :
                                  :
                    Defendant.    :
-----------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/07

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties appeared before me on February 22, 2007 for oral argument on Plaintiff's motion for summary judgment pursuant to Rule 56, Fed. R. Civ. P. For the reasons stated on the record, the motion is **GRANTED**.

The clerk shall enter judgment for the Plaintiff and mark the case as closed.

SO ORDERED.

Dated:     February 23, 2007
            New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge