UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                        Case No.  05-11576-DPW

PARTNERS HEALTHCARE
SYSTEM, INC.,

        Defendant.
_____/

UNITED STATES' NOTICE OF ORDER GRANTING INTERLOCUTORY APPEAL

      Comes now the United States and notifies this Court that the United States Court of Appeals for the Seventh Circuit has granted the United States' Petition for Permission to Appeal Pursuant to 28 U.S.C. §1292(b) in the case of University of Chicago v. United States, District Court docket number 05-5120.  The Seventh Circuit has not yet assigned a docket number to this case.  A copy of the Seventh Circuit's Order granting the United States' petition is attached.  The

2

student exception issue in this case is identical to the student exception issue decided in

University of Chicago.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        BARBARA HEALY SMITH
                                        Assistant United States Attorney

                                         /s/ stephen t. lyons
                                        STEPHEN T. LYONS
                                        Senior Trial Attorney
                                        Tax Division, CTS Northern Region
                                        Department of Justice
                                        P.O. Box 55
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        (202) 307-6546
                                        e-mail: stephen.t.lyons@usdoj.gov

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY has this 12th day of April, 2007, been electronically filed with the Clerk of the District Court using its CM/ECF system.

    /s/ stephen t. lyons
STEPHEN T. LYONS
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6546

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 11, 2007

*Before*

**Hon. MICHAEL S. KANNE**, *Circuit Judge*

**Hon. ANN CLAIRE WILLIAMS**, *Circuit Judge*

**Hon. DIANE S. SYKES**, *Circuit Judge*

| | |
|---|---|
| IN RE:<br>   UNITED STATES OF AMERICA,<br>     Petitioner.<br><br>No. 07-8003 | ] Petition for Permission<br>] to Appeal Pursuant to<br>] U.S.C. 1292(b).<br>] Northern District of<br>]<br>] 05 C 5120<br>]<br>] Northern District of<br>] Illinois, Eastern Division.<br>]<br>] Matthew F. Kennelly,<br>]    Judge. |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. 1292(b)**, filed on February 2, 2007, by counsel for petitioner.

2. **RESPONSE OF THE UNIVERSITY OF CHICAGO HOSPITALS TO UNITED STATES' PETITION FOR PERMISSION TO APPEAL PURSUANT TO U.S.C. 1292(b)**, filed on February 20, 2007, by counsel.

    **IT IS ORDERED** that #1 is **GRANTED**. The petitioner in this appeal is the United States of America, thus the appellate filing fee is waived. The clerk of this court shall enter the appeal on this court's general docket.